```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

CHARLES CARLTON FOUCHE'                                    PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:07cv251TSL-JCS

SHAPIRO & MASSEY L.L.P., ET AL.                            DEFENDANTS

<u>JUDGMENT</u>

In accordance with the memorandum order and opinion of this court rendered this day, it is hereby ORDERED AND ADJUDGED that judgment is entered in favor of defendants Shapiro & Massey L.L.P., J. Gary Massey and Washington Mutual Bank and that the plaintiff's complaint be dismissed with prejudice.

SO ORDERED AND ADJUDGED this 5th day of August, 2008.


                         /s/ Tom S. Lee_____
                         UNITED STATES DISTRICT JUDGE